UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STATE OF LOUISIANA, ET AL.

VERSUS

BEPCO, L.P., ET AL.

CIVIL ACTION

17-1198-SDD-EWD

## RULING

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Erin Wilder-Doomes dated July 2, 2017. Plaintiffs have filed an *Objection*[2] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the *Motion to Transfer Venue*[3] is GRANTED and that this matter, including the *Motion to Remand*,[4] is hereby TRANSFERRED to the United States District Court for the Western District of Louisiana, Alexandria Division.

Baton Rouge, Louisiana the 25 day of July, 2018.

*Shelly D. Dick*
SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 45.
[2] Rec. Doc. 46.
[3] Rec. Doc. 13.
[4] Rec. Doc. 15.